IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95CR104-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| D.S. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon Defendant's Motion to Terminate Supervised Release. After consultation with the United States Probation Office, the Court had determined that Defendant needs to exhibit employment stability before his supervised release can be terminated. Therefore, this motion is DENIED.

Signed: February 3, 2006

Graham C. Mullen
United States District Judge